IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA )  CR. NO. 1:07CR18-CSC
) [18 U.S.C. 641]
v. )
)
DORINA ANN KENGEL ) INFORMATION

The United States Attorney charges that:

On or about the 3rd of October 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, DORINA ANN KENGEL did knowingly steal, purloin, conceal and retain, with intent to convert to her use or use of another, a thing of value of the United States Government, valued at $1,000.00 or less, to wit: a pair of earrings, in violation of Title 18, Section 641, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*/s/ Kent Brunson*
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

*/s/ Nathan T. Golden*
NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9708

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | AFFIDAVIT |
| | ) | |
| DALE COUNTY | ) | |

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. Investigation revealed that at approximately 2 P.M., October 3rd, 2006, Linda Scott, a PX employee, observed a woman carry a pair of earrings into a dressing room. Immediately after the woman left the dressing room, an empty earring card was discovered in the room. The woman rendered payment for other items and left the store. The woman, identified as DORINA ANN KENGEL, was detained, and surrendered a pair of earrings from her purse. She was transported to the military police station for further processing. The items were later returned to the PX.

_[signature]_
CHARLES BATEMAN, Military Police Officer, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this __23__ day of __Jan.__ 2007.

_[signature: Patricia J. Davis]_
NOTARY PUBLIC

My commission expires: 13 DEC 2010