IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 1:07-cr-018-CSC |
| | ) | |
| **DORINA ANN KENGEL** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Donnie W. Bethel, and enters his appearance on behalf of Defendant, **Dorina Ann Kengel,** in the above-styled case.

Dated this 16th day of May, 2007.

                                          Respectfully submitted,

                                          s/ Donnie W. Bethel
                                          DONNIE W. BETHEL
                                          Assistant Federal Defender
                                          201 Monroe Street, Suite 407
                                          Montgomery, Alabama 36104
                                          Phone: (334) 834-2099
                                          Fax: (334) 834-0353
                                          E-mail:don_bethel@fd.org
                                          IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No.: 1:07-cr-018-CSC |
| ) | |
| DORINA ANN KENGEL ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent B. Brunson, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104 and Nathan T. Golden, Special Assistant U.S. Attorney, Office of the Staff Judge Advocate, Soldier Service Center, Building 5700, Fort Rucker, Alabama 36362.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49