IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO.   1:07cr18-CSC |
| | ) | |
| DORINA ANN KENGEL | ) | |

**ORDER**

For good cause, it is

**ORDERED** that the final pretrial conference previously set for July 16, 2007 be and is hereby **RESET** for **August 27, 2007 at 1:00 p.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 21st day of June, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE