IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CR-00018-CSC |
| | ) | |
| DORINA ANN KENGEL | ) | |

**MOTION FOR LEAVE TO DISMISS INFORMATION**

Comes now the United States of America by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to dismiss the Information heretofore filed in the above-styled cause as to DORINA ANN KENGEL on the following grounds, to wit: Ms. Kengel signed a pre-trial diversion agreement on October 11, 2007.

Respectfully submitted this the 26th day of October, 2007.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Emily M. Ruisanchez
EMILY M. RUISANCHEZ
Special Assistant United States Attorney
Soldier Service Center, Bldg.5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
Email: emily.ruisanchez@us.army.mil
Georgia Bar: 142573

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CR-00018-CSC |
| | ) | |
| DORINA ANN KENGEL | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Don Bethel, Attorney for Dorina Ann Kengel, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: Dorina Ann Kengel, 3308 County Road 5, Ariton, Alabama 36311.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Emily M. Ruisanchez
EMILY M. RUISANCHEZ
Special Assistant United States Attorney
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
E-mail: emily.ruisanchez@us.army.mil

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CR-00018-CSC |
| | ) | |
| DORINA ANN KENGEL | ) | |

## ORDER

Upon consideration of the Motion for Leave to Dismiss Information heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED and DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____ day of _____ 2007.

_____
CHARLES S. COODY
CHIEF, UNITED STATES MAGISTRATE JUDGE